1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10
11

**Scott Johnson**,

**Case No.** 5:20-cv-00701-SVK

12

Plaintiff,

13

v.

[~~proposed~~] **ORDER Granting
Motion for Administrative Relief**

14

**Albert John Witt, Jr.; and
Does 1-10,**

15
16
17

Defendants.

18
19
20
21
22
23
24
25
26
27
28

1

1    Having reviewed Plaintiff's motion seeking administrative relief, and finding good cause therefore, the Court hereby grants Plaintiff's Motion.

Therefore, the deadline to complete service upon Defendant shall be ninety (90) days from the date of this Order. The Joint Site Inspection deadline shall also be extended ninety (90) days, with all related deadlines adjusted accordingly.

**IT IS SO ORDERED.**

Dated: March 31, 2020

_____
HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge

2