UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

              Plaintiff,

     v.

ALBERT JOHN WITT, JR.,

              Defendant.

Case No.  20-cv-00701-SVK

**ORDER TO SHOW CAUSE RE DISMISSAL**

On March 31, 2020, Plaintiff filed a motion for administrative relief requesting an extension of time to complete service on Defendant.  Dkt. 9.  The Court granted the motion, extending the deadline to complete service upon Defendant to June 29, 2020.  Dkt. 10.  As of the date of this Order, Plaintiff has not submitted a proof of service showing that Defendant has been served.  Accordingly, Plaintiff shall appear on **October 27, 2020 at 1:30 p.m.** and show cause, if any, why the case should not be dismissed.  Additionally, Plaintiff shall file a statement in response to this Order no later than **October 20, 2020**, explaining why the case should not be dismissed for failure to prosecute.

     **SO ORDERED.**

Dated: September 30, 2020

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California